JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRICK CHARLES SINGLETON,<br><br>　　　　Petitioner,<br>vs.<br><br>ANTHONY HEDGEPETH (WARDEN),<br><br>　　　　Respondent. | Case No. CV 09-3179-CAS(RC)<br><br><br>JUDGMENT |

Pursuant to the Opinion and Order on a petition for habeas corpus,

IT IS ADJUDGED that the petition for writ of habeas corpus and action ARE SUMMARILY DISMISSED for lack of subject matter jurisdiction.

DATED: May 7, 2009

　　　　　　　　　　　　　　　　／s/ Christina A. Snyder
　　　　　　　　　　　　　　　　CHRISTINA A. SNYDER
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

R&R-MDO\09-3179.jud
5/6/09